UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　　:

　　　　v.　　　　　　　　　　　　:

DANIEL BELTRAN MEDRANO,　　　　:

　　　　　　　Defendant.　　　　:

Case: 1:26-mj-00100
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/12/2026
Description: COMPLAINT W/ARREST WARRANT

**UNDER SEAL**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Barbara F. Robertson, a Special Agent with the Diplomatic Security Service, being duly sworn, depose and state as follows:

## INTRODUCTION

1.　　I submit this affidavit in support of a criminal complaint charging DANIEL BELTRAN MEDRANO ("BELTRAN") with distribution of child pornography in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1).  Specifically, between on or about May 12, 2025, BELTRAN knowingly distributed child pornography via the mobile application WhatsApp in the District of Columbia.

2.　　Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

1

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## AFFIANT BACKGROUND

4. I am a special agent with the United States Department of State Diplomatic Security Service ("DSS"), where I have served since 2023. As a special agent, I investigate violations of federal law, including complex passport and visa fraud, identity theft, transnational organized crime, human trafficking, and child sexual abuse material offenses—encompassing production, distribution, receipt, and possession. I have completed extensive professional law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC), the DSS Basic Special Agent Course, specialized training in visa and passport fraud, human smuggling and human trafficking investigations, and the Massachusetts Municipal Police Training Council Domestic Violence, Child Abuse, and Sexual Assault Investigator Course. Prior to joining DSS, I served approximately eight years in the United States Marine Corps.

5. As a Diplomatic Security Special Agent, I derive law enforcement authority from 22 U.S.C. § 2709, which empowers me to investigate all violations within my jurisdiction, including those enumerated in this affidavit. I am a federal law enforcement officer engaged in enforcing the criminal laws of the United States, including 18 U.S.C. §§ 2251 (sexual exploitation of children), 2252 (material involving the sexual exploitation of minors), 2252A (material containing child pornography), 2422 (coercion and enticement), and 2423 (transportation of minors). I have participated in numerous search warrants involving these types of cases, including searches and seizures of computers, digital media, software, and electronically stored information.

As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7)—an officer empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

6.    Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) & (B)(1) (Distribution of Child Pornography) (hereafter, the "TARGET OFFENSE") have been committed by BELTRAN.

## STATEMENT OF PROBABLE CAUSE

7.    In or around April 2025, DSS received information from the mobile payment application PayPal about a large network of individuals in India (the "TARGET NETWORK") who were suspected of selling CSAM via social media and using PayPal to receive payments. Investigators identified these PayPal accounts based on several factors, which are discussed in further detail below:

a) The sellers primarily received personal payments from male, foreign buyers, sometimes with no notes or vague notes, and other times with notes explicitly indicating CSAM, such as "Little girls/kids," "Child/kids/girls only," "CP," and "Links CP";

b) Some of the buyers were previously convicted CSAM purchasers and/or registered sex offenders whose offenses included child victims;

c) Many of the seller accounts were linked to one another through a combination of names, addresses, email addresses, usernames, IP addresses, and similar activity;

3

d)  The payment amounts were often in round U.S. dollar figures[1]; and

e)  When PayPal asked some buyers for more information about the suspicious payments, the buyers provided identification in someone else's name (*i.e.*, a name other than the name associated with the PayPal account), or a non-responsive image, such as an unrelated image that is not identification.

8.      Following the tip from Paypal, DSS began investigating U.S.-based purchasers who had made payments to accounts within the TARGET NETWORK. During this investigation, DSS identified BELTRAN as one such individual. The PayPal tip received in April 2025 revealed that a PayPal account ending in 3171, registered under the name Daniel Beltran, was used to make a purchase from the TARGET NETWORK. The account was associated with the email address danibeltranxxxx@gmail.com, phone number +1 202-xxx-xxxx, and a registered address of xxxx Spring Pl NW Apt xxx Washington, D.C. 20012. Using these identifiers, your affiant queried law enforcement and commercial databases to verify the account holder's identity. This investigation confirmed that the individual who made the purchase is Daniel BELTRAN MEDRANO, who is currently residing at the xxxx Spring Pl NW Apt # xxx Washington, District of Columbia 20012.

9.      Based on this information, DSS agents obtained a warrant to search BELTRAN's person and residence in Washington, D.C.  for evidence of violations of 18 U.S.C. § 2252. *See*, 26-sw-178.

10.      On June 10, 2026, DSS agents, with the assistance of federal and local law enforcement, executed the warrant and located BELTRAN at his residence.

---

[1] Based on my training and experience, I've learned that CSAM is routinely offered for sale in round U.S. dollar amounts.  I've also observed other investigations where price lists or "menus" for CSAM were listed in similar round dollar denominations.

11.     Shortly after making entry into the premises, agents provided BELTRAN a copy of the warrant and advised BELTRAN of his rights pursuant to *Miranda* both verbally and in writing. BELTRAN indicated that he understood those rights, waived them in writing, and agreed to speak with agents in a voluntary noncustodial interview. The interview was audio recorded. BELTRAN's statements are summarized in the paragraphs below rather than recounted verbatim unless indicated otherwise.

12.     BELTRAN stated that he maintained a PayPal account and used it to purchase Child Sexual Abuse Material (CSAM). BELTRAN further stated that he maintained a MEGA[2] account but stated that the account had been permanently suspended due to his transactions involving CSAM.

13.     BELTRAN stated that he searched on-line for CSAM using search terms such as "adolescents" on Telegram[3]. BELTRAN stated that he was attempting to locate a seller from which he could obtain CSAM of adolescent youth. He also admitted receiving and viewing CSAM of children as young as 7 years of age.

14.     BELTRAN acknowledged that he purchased CSAM via Telegram and MEGA, and that he had on occasion downloaded and viewed such material on his electronic devices but stated that he would always delete the material after viewing them for fear and embarrassment.

15.     On June 11, 2026, your affiant reviewed a forensic extraction from one of the electronic devices that was seized during the execution of the search warrant (Samsung SM-A156U; IMEI# 356408511604410) and your affiant observed the following:

    a.  File                    name                    "STK-20240812-WA0008.webp" MD5#cd23ac078c9a209ccbe4ffeaff8fc572 is a still image depicting a naked adult

---

[2] MEGA is a cloud-based digital storage and file-hosting website based outside the United States.
[3] Telegram in an encrypted messaging application located outside the United States.

female lying on her back on a bed with a naked prepubescent boy lying on top of the adult woman with front of his body facing hers.  The adult woman's legs are spread apart and the child's hip and pelvic area is pushed against the woman's pelvic area such that the child and the woman appear to be in genital-to-genital contact.  It is unclear from the photo if the boy's penis is penetrating the woman's vagina.

b. File name "STK-20241108-WA0011.webp" MD5# 7a336f64ea8646d1817c111472b5b053" is a still image of a male infant wearing a stripped white and black shirt drinking from a baby bottle. The infant is nude from the waist down with his legs spread and his penis exposed, and camera is focused the infant's penis and lower body, with his face out of the frame. An illegible watermark is located on the image.

16.    On May 12, 2025, BELTRAN sent the images described above via a direct message on the encrypted mobile messaging application WhatsApp[4] to another Washington, D.C. resident, who has subsequently been identified and will be referred to as SUBJECT 1, during a conversation that appeared to strictly contain the exchange of sexual material.  The images described above were sent approximately 8 seconds apart.

17.    Additional material was recovered from BELTRAN's Samsung phone that corroborated BELTRAN's earlier statements to law enforcement such as login credentials to a previously unknown MEGA account created on or about May 2026, as well as apparent Mega Links in his web history. BELTRAN's Web history also revealed searches of a known pornography site for terms such as "children," "child," and "Retro-children."

---

[4] WhatsApp is an encrypted mobile messaging application based in the United States.

18.    BELTRAN confirmed to DSS agents that the Samsung phone belonged to him and was used by him.  In addition, you affiant observed photos of BELTRAN on the phone and the email address danibeltranxxxx@gmail.com, which was associated with the suspected CSAM purchase from the TARGET NETWORK discussed above.

19.    An analysis of location data from the device shows that on June 14, 2025, BELTRAN was geo located to the approximate coordinates which match his known address at XXXX Spring Pl, Washington D.C.

20.    Records obtained from the Department of Employment Services in Washington D.C. corroborate that BELTRAN has lived and worked in the District of Columbia since 2024.

## CONCLUSION

21.    I submit that this affidavit establishes probable cause to believe that Daniel BELTRAN MEDRANO violated 18 U.S.C. 2252(a)(4)(B), Possession of Child Pornography and 18 U.S.C. 2252(a)(2), Distribution of Child Pornography.

Respectfully submitted,

Barbara F. Robertson
Special Agent
Diplomatic Security Service

Subscribed and sworn pursuant to and in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on June 12, 2026.

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE